**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 31, 2025**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | CASE NUMBER   25-10109- 12 |
| Marvin D & Kristine A Amundson | |

ORDER TO DEBTOR TO PAY THE TRUSTEE

TO   Marvin D & Kristine A Amundson
     E7144 US HWY 14 61
     Westby WI 54667

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Marvin D Amundson the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

**5,325.00 MONTHLY**                    Due by: 11/27/2025

and to continue MONTHLY thereafter.

Said payment(s) to be by        **Money Order, Cashiers Check, or Business Check**
Money Orders and Cashiers Checks must   **Include Your Name and Case Number**        on them.
Your Case Number is:            **25-10109**

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an  annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:     **Mark Harring Standing Trustee**
       and mailed to:           **MARK HARRING CH 12 TRUSTEE**
                                **122 W Washington Ave STE 500**
                                **Madison WI 53703-2758**

     Ch 12 Office Phone #       608-256-4320

This order supersedes any previous order made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###

United States Bankruptcy Court

Western District of Wisconsin

| | |
|---|---|
| In re: | Case No. 25-10109-cjf |
| Marvin D Amundson | Chapter 12 |
| Kristine A Amundson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 1 of 2 |
| Date Rcvd: Oct 31, 2025 | Form ID: pdf837 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marvin D Amundson, Kristine A Amundson, E7144 US HWY 14 61, Westby, WI 54667-7230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greg P. Pittman | |
| | on behalf of Joint Debtor Kristine A Amundson greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | |
| | on behalf of Debtor Marvin D Amundson greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | |
| | on behalf of Debtor Amundson Jersey Farm  LLC greg@pittmanandpittman.com, galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Jennifer M. Schank | |
| | on behalf of Creditor Bank of Ontario jschank@fuhrmandodge.com hmaciolek@fuhrmandodge.com;schank.jenniferb121380@notify.bestcase.com;assistant@fuhrmandodge.com;agiuffre@fuhrmandodge.com |

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 2 of 2 |
| Date Rcvd: Oct 31, 2025 | Form ID: pdf837 | Total Noticed: 1 |

Jonathan C Miesen
    on behalf of Creditor LOL Finance Co. jcmiesen@landolakes.com  jlwagner@landolakes.com

Justin J. Bates
    on behalf of Creditor Westby Co-Op Credit Union justinb@bateslegalgroup.com
    jackiem@bateslegalgroup.com;jackiem@ecf.courtdrive.com;emilyb@bateslegalgroup.com;emilyb@ecf.courtdrive.com

Mark Harring
    court@ch13wdw.org

U.S. Trustee's Office
    USTPRegion11.MD.ECF@usdoj.gov

Wade M. Pittman
    on behalf of Joint Debtor Kristine A Amundson wade@pittmanandpittman.com
    wanda@pittmanandpittman.com;greg@pittmanandpittman.com;galen@pittmanandpittman.com

Wade M. Pittman
    on behalf of Debtor Amundson Jersey Farm  LLC wade@pittmanandpittman.com,
    wanda@pittmanandpittman.com;greg@pittmanandpittman.com;galen@pittmanandpittman.com

Wade M. Pittman
    on behalf of Debtor Marvin D Amundson wade@pittmanandpittman.com
    wanda@pittmanandpittman.com;greg@pittmanandpittman.com;galen@pittmanandpittman.com

TOTAL: 11